```
                   UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF NEW YORK


 IN RE: LEE POLLOCINO                    Case No.: 10-11597
        ROCCO J POLLICINO                Chapter 13
        9 WALLACE STREET                 HEARING DATE: Aug 12, 2010
        SCOTIA NY 12302
```

---
**TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
---

Andrea E.Celli, Chapter 13 Standing Trustee for the Northern District of New York (the "Trustee") states the following as and for her objection to confirmation of the Chapter 13 Plan. The Debtor(s) filed the petition for relief on Apr 29, 2010.

The Proposed Plan is as follows:

    $275.00 X 40 MOS, MIN 5% TO UNSEC

The Trusee objects to the confirmation of the proposed plan on the following grounds:

The Trustee has determined that the debtor'(s)' income is above the State Median Income.

  X   DISPOSABLE INCOME: The Debtor(s) has/have failed to provide for the submission of
      all disposable income, pursuant to 11 U.S.C. Section 1325(b)(1)(B).
          -NEED INFO

  X   INFORMATION NEEDED: The Trustee cannot determine if all provisions of 11 U.S.C.
      Section 1325 have been met and requests additional information to assist in her
      determination, as follows:
          -CMI DOCS AND ATTY ANALYSIS


**WHEREFORE,** the Trustee respectfully requests that this Court issue an Order denying confirmation of the plan or briefly adjourning the hearing on confirmation to allow the movant to resolve the objection contained herein.

Dated: August 3, 2010

                                        /S/ ANDREA E. CELLI
                                        Andrea E. Celli, Chapter 13 Trustee
                                        7 Southwoods Blvd.
                                        Albany, New York  12211

---
**CERTIFICATE OF MAILING**
---

The undersigned hereby certifies that a copy of this objection was mailed this date to the parties noted below:

Dated: August 3, 2010          Signed: /s/ BONNIE DUELL

Debtor(s) above

Attorney: MICHAEL J. O'CONNOR, ESQ.
         % O'CONNOR, O'CONNOR, ETAL
         20 CORPORATE WOODS BLVD
         ALBANY, NY 12211


Sworn to me on this the 3rd day of August, 2010.

/s/ Sandra Spring
Notary Public  State of New York
SANDRA SPRING, NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN RENNSSELAER COUNTY #4955344
COMMISSION EXPIRES AUGUST 28, 2013